# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3296
_____

DEBBIE A. OSTROWSKI,

Petitioner,

v.

SUNCOAST CENTER, INC. and
PMA MANAGEMENT
CORPORATION,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident:  February 27, 2023.

January 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

Kristen L. Magana of Walker, Revels, Greninger, PLLC, Orlando, for Respondents.